UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00149 |
| v. | ) | JUDGE TRAUGER |
| | ) | Magistrate Judge Knowles |
| TRAVIS LAVENTRIS LINDSEY | ) | |

> ORDER:
> Motion granted. The Detention Hearing is reset to September 24, 2013, at 10:00 a.m.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

## UNOPPOSED MOTION TO CONTINUE DETENTION HEARING

The defendant, Travis Lindsey, through undersigned counsel, hereby moves this Honorable Court for an order continuing the detention hearing that is presently set for Friday, September 13, 2013, at 10:00 a.m. (D.E. 10). The parties are conducting negotiations in an attempt to resolve this case and these negotiations may make a detention hearing unnecessary. The parties have consulted and are available to conduct a detention hearing, should one be necessary, on September 23 or September 24, 2013.

Assistant United States Attorney Matthias Onderak has indicated that the government is not opposed to the requested continuance.

WHEREFORE, Mr. Lindsey respectfully requests that this Honorable Court continue the detention hearing until September 23 or September 24, 2013.

Respectfully submitted,

s/ R. David Baker
R. DAVID BAKER (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Travis Laventris Lindsey