# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | Criminal No. 3:13-00149 |
| | ) | Judge Trauger |
| TRAVIS LAVENTRIS LINDSEY | ) | |

## O R D E R

The court is in receipt of a Memorandum from U.S. Probation Officer Leigh Ann Davidson June 30, 2014.

It is hereby **ORDERED** that the Clerk shall file this Memorandum as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the Memorandum and this Order.

It is so **ORDERED.**

Enter this 18th day of July 2014.

_____
ALETA A. TRAUGER
United States District Judge